425 A.2d 834

Baklarz v. Baklarz, Appellant.

Argued November 12, 1979.  Harry R. Ruprecht, for appellant;  G. W. Wilde, for appellee.

Before PRICE, CAVANAUGH and WATKINS, JJ.

Order affirmed.